C-13-11a
(Rev. 11/09)

```
                   UNITED STATES BANKRUPTCY COURT
                   MIDDLE DISTRICT OF NORTH CAROLINA
                          GREENSBORO DIVISION
```

```
In Re:                                   )
                                         )
Corrica, Roosevelt Benfield  xxx-xx-4196 )
1917 Morningside Dr., Apt. D             ) Case No. 16-10502 C-13G
Burlington, NC 27217                     )
                                         )
                                         )
               Debtor.                   )
```

## NOTICE OF PROPOSED PLAN AND ORDER CONFIRMING PLAN
## AND TIME FOR FILING OBJECTION THERETO

1.  A summary of the plan proposed by the Debtor is set forth in the attached copy of a proposed Order Confirming Plan in this case.

2.  The plan will be confirmed after the time period for filing objections has expired unless a timely objection is filed or a hearing is ordered by the Court.  There will be no hearing on confirmation unless a timely objection is filed or a hearing is ordered.

3.  Written, detailed objections must be filed within 28 days of the date of this notice with the Clerk of Court, U.S. Bankruptcy Court, P.O. Box 26100, Greensboro, NC, 27420-6100, with copies served on (1) Anita Jo Kinlaw Troxler, Standing Trustee, P.O. Box 1720, Greensboro, NC 27402-1720; (2) the attorney for the Debtor; and (3) the Debtor.  If the objecting party is a corporation, the objection must be filed by legal counsel admitted to practice in this District.

4.  In the event a timely objection is filed or a hearing is ordered, a hearing on the objection to confirmation and on confirmation of the proposed plan will be held on August 2, 2016, at 2:00 p.m. in Courtroom #2, Second Floor, 101 South Edgeworth Street, Greensboro, NC.  The party objecting must appear at the hearing if the objection is to be pursued.

5.  The Debtor and the attorney for the Debtor are required to appear at any hearing on confirmation.

6.  There will be no further mailing of the Order Confirming Plan to affected parties unless there is a change in the attached proposed Order Confirming Plan.

```
          DATE:  June 28, 2016          Office of the Clerk
                                        Reid Wilcox, Clerk
```

C-13-7a
(Rev. 03/16)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| In Re: ) | **ORDER CONFIRMING PLAN** |
| ) | **CHAPTER 13** |
| ) | |
| Corrica, Roosevelt Benfield   xxx-xx-4196 ) | |
| 1917 Morningside Dr., Apt. D ) | Case No. 16-10502 C-13G |
| Burlington, NC 27217 ) | |
| ) | |
| ) | |
| ) | |
| Debtor. ) | |

    This case came before the Court, after notice and opportunity for hearing, for confirmation of the Chapter 13 plan proposed in this case; and IT APPEARING to the Court as follows:

**I.**    The Trustee in this case is Anita Jo Kinlaw Troxler, Standing Trustee, Anita Jo Kinlaw Troxler, 500 West Friendly Avenue, Suite 200, P.O. Box 1720, Greensboro, NC 27402-1720;

**II.**    The attorney for the Debtor is J. Marshall Shelton;

**III.**    Under the final plan (the "Plan") as proposed:

    **A.**    **Plan Payments**

        1.    The Debtor is to make monthly payments to the Trustee which are to be disbursed by the Trustee in accordance with the Plan and this Order;

        2.    The monthly plan payment to the Trustee is $141.00 beginning June 17, 2016, decreasing to $100.00 per month effective July 2016;

    **B.**    **Administrative Costs**

        1.    **Attorney Fees.** The Attorney for the Debtor is allowed the base fee of $2,500.00. The Attorney has received $555.00 from the Debtor pre-petition and the remainder of the base fee will be paid by the Trustee as funds are available.

- 1 -

2.  **Trustee costs.**  The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

C.  **Priority Claims**

Any timely filed claims entitled to priority under 11 U.S.C. §507, on behalf of the entities listed below, will be paid in full in deferred cash payments unless otherwise indicated.

1.  **Internal Revenue Service**
2.  **N C Department of Revenue**
3.  **Alamance County Tax**

D.  **Secured Claims**

1.  **Secured Claims To Be Paid In Full - Personal Property**

| Creditor & Property | Claim Filed (Y/N) | Claim Amount | Monthly Payment | Interest Rate | AP Payment |
|---|---|---|---|---|---|
| **WELLS FARGO BANK NA (2006 Cadillac: 2/11/11)** | Y | $2,285.25 | $55.00 | 5.5% | |

2.  **Property To Be Released.**

*Upon timely filing of a claim documenting a non-preferential perfected lien the following property is released for liquidation and the creditor is allowed 180 days (for real property) and 120 days (for personal property) from the date of entry of this Order to file a documented deficiency claim after liquidating the property. The automatic stay and co-debtor stay, if applicable, are lifted as to the property released. The requirements of Rule 3002.1 are terminated.*

| Creditor | Property to be Released | Claim filed (Y/N) |
|---|---|---|
| **BREWER CYCLES** | **2008 Yamaha** | **N** |
| **CAPITAL ONE** | **2008 Yamaha** | **N** |

E.  **General Unsecured Claims Not Separately Classified**

General unsecured claims not separately classified will be paid as funds become available after payment of costs of administration. The estimated dividend to general unsecured claims is 0%.

F.  **Special Provisions**

**SPRINGLEAF FINANCIAL SVCS. OF AMERICA, INC.,** is found to be an unsecured non-priority claimant on the claim filed in the amount of $1,780.57 due to failure to document evidence of a non-preferential perfected lien against property of the estate.

G.  The Debtor will pay THE GREATER OF the amount necessary to pay all allowed costs of administration, priority and secured claims in full, with the exception of continuing long term debts, OR a minimum of 36 monthly plan payments, with the plan to be reviewed in twelve (12) months and periodically thereafter for plan payment adjustments;

**H.** The terms and provisions of the Amended Standing Order dated March 11, 2016, are incorporated in this Order and are available on the Court's website at **www.ncmb.uscourts.gov**.

**I.** **IT FURTHER APPEARING** to the Court that the Plan complies with the requirements of 11 U.S.C. §1325; therefore, it is

**ORDERED** that the Plan is confirmed.

END OF DOCUMENT